UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:21-cr-16-02

    Hon. Hala Y. Jarbou

TRACEY MARIE HUDAK,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (ECF No. 79). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 79) is approved and adopted as the opinion of the Court.

2. Acceptance of Defendant's plea of guilty is held in abeyance pending Defendant's personal appearance at sentencing, currently scheduled for March 15, 2022, at 4:30 p.m. at the federal courthouse in Marquette, Michigan, before District Judge Hala Y. Jarbou.

3. Defendant shall remain on bond pending sentencing.

Dated: October 15, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE